**2005-0464. State ex rel. Wilson v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. On answer of respondents. On S.Ct.Prac.R. X(5) determination, cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.
  O'DONNELL, J., dissents.

**2005-0465. State ex rel. Fried v. Jones.**
In Mandamus. On answer and motion for summary judgment of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005-0470. State ex rel. Lewis v. Benjamin.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005-0496. State ex rel. Clark v. Stuard.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005-0504. State ex rel. Am. Church Builders, L.L.C. v. Holbrook.**
In Procedendo. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005-0510. Baumgartner v. Faulkner.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005-0515. State ex rel. Greer v. Faulkner.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005-0579. State ex rel. King v. Boyko.**
In Mandamus. On answer and motion for summary judgment of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005-0607. Gauntt v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Barry Gauntt. Sua sponte, cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005-0650. Wallace v. Jeffries.**
In Habeas Corpus. On petition for writ of habeas corpus of Joel Wallace. Sua sponte, cause dismissed.
  MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.